FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 15 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __09CV01673 BNB__

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

SIRRLOVE WILLIAMS,

   Applicant, named as Movant,

v.

ATTORNEY MICHAEL ANDRE, and
THE PEOPLE OF THE STATE OF COLORADO,

   Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted an Affidavit and a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. However, Applicant was not convicted in this Court on criminal charges, and Criminal Action No. 04-cr-02276, the conviction he is challenging, appears to be a state criminal conviction in Denver District Court. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   X    is not submitted
(2)   ___  is missing affidavit
(3)   ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   X    is missing certificate showing current balance in prison account
(5)   ___  is missing required financial information
(6)   ___  is missing an original signature by the prisoner
(7)   ___  is not on proper form (must use the court's current form)
(8)   ___  names in caption do not match names in caption of complaint, petition or habeas application
(9)   ___  An original and a copy have not been received by the court. Only an original has been received.
(10)  X    other: Motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(11)  ___  is not submitted
(12)  X    is not on proper form (must use the court's current form)
(13)  ___  is missing an original signature by the prisoner
(14)  ___  is missing page nos. ___
(15)  ___  uses et al. instead of listing all parties in caption
(16)  ___  An original and a copy have not been received by the court. Only an original has been received.
(17)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  ___  names in caption do not match names in text
(19)  X    other: In order to challenge a state criminal conviction, Applicant must file an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254

The Court also notes that Applicant names the late Michael Andre, apparently his criminal defense attorney, and "The People of the State of Colorado" as Respondents. The law is well-established that the only proper respondent to a habeas corpus action is the habeas applicant's custodian. *See* 28 U.S.C. § 2242; Rules 2(a) and 1(b), Rules Governing Section 2254 Cases in the United States District Courts; and *Harris v. Champion*, 51 F.3d 901, 906 (10th Cir. 1995). Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers that the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the motion to vacate and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this __13th__ day of __July__, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  **09CV01673**

Sirrlove R. Williams
Prisoner No. 1613915
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 forms** to the above-named individuals on 7-15-09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk